# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ASADALI MERCHANT,**<br><br>*Petitioner*,<br><br>**v.**<br><br>**KRISTI NOEM, IN HER CAPACITY AS SECRETARY OF DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS CAPACITY AS THE ACTING DIRECTOR OF ICE; MARY DE ANDA-YBARRA, IN HER CAPACITY AS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, EL PASO FIELD OFFICE DIRECTOR; THOMAS BERGAMI, IN HIS CAPACITY AS WARDEN OF ERO EL PASO CAMP EAST MONTANA; AND U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-00544-LS** |

**<u>ORDER FOR UPDATED STATUS</u>**

The government argues in its response that it was in the process of securing Petitioner‘s travel documents to Pakistan. The government shall file on or before **November 13, 2026,** an updated response explaining whether Petitioner remains in custody, and if so, what efforts it has taken to effect Petitioner’s removal and Petitioner’s cooperation or noncooperation with same.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 1, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**